UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robert Zielinski, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-33 |
| v. | : | (JUDGE MANNION) |
| | : | |
| Schott North America, Inc., | : | |
| Defendant | : | |

## ORDER

For the reasons articulated in the memorandum issued this same day,

**IT IS HEREBY ORDERED THAT:**

1.) The defendant's Motion to Dismiss, (Doc. No. 8), is **GRANTED**;

2.) The Clerk of Courts is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 31, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-33-01-ORDER.wpd